MOORE *v.* THE STATE.

FISH, C. J. There was no evidence authorizing a charge on the subject of voluntary manslaughter; there was ample evidence to support the verdict; and the court did not err in refusing to grant a new trial.

> *Judgment affirmed. All the Justices concur.*

Submitted March 15,—Decided April 14, 1909.

Indictment for murder. Before Judge Whipple. Dooly superior court. January 22, 1909.

*W. V. Harvard* and *J. M. Busbee,* for plaintiff in error.

*John C. Hart, attorney-general,* and *Walter F. George, solicitor-general,* contra.